# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KIRK MAURO, ex rel.,**

    **Plaintiff,**

v.                                    Case No.  8:05-cv-651-T-30MAP

**ALBERTSON'S, INC., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that Plaintiff has failed to effectuate service upon the Defendants within the time permitted by Rule 4(m), Fed. R. Civ. P. and has failed to comply with this Court's Orders issued on January 16, 2007, (Dkt. 7) and January 22, 2007, (Dkt. 9). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 2, 2007.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-651 - Dismissal failure to effectuate service.frm